IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| NEIL CHAPMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Case No.  06-308-HU |
| v. | ) | |
| | ) | O R D E R |
| ROBERT LAMPERT, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Nell I. Brown
Assistant Federal Public Defender
101 S. W. Main Street, Suite 1700
Portland, Oregon  97204

    Attorney for Petitioner

John R. Kroger
Attorney General
Jonathan W. Diehl
Assistant Attorney General
Department of Justice
1162 Court Street N. E.
Salem, Oregon  97301-4096

    Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on February 4, 2009. Petitioner filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Hubel.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated February 4, 2009 in its entirety.

IT IS HEREBY ORDERED that Petitioner's Second Amended Petition for a Writ of Habeas Corpus (#34) is denied. This action is dismissed with prejudice.

DATED this   5th   day of March, 2009.

                 /s/ Garr M. King
                 GARR M. KING
                 United States District Judge